

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2019

No. 04-19-00078-CV

**NABORS DRILLING TECHNOLOGIES USA, INC.,**
Appellant

v.

Leslie Wayne **RATLIFF** and Shannon Ratliff,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 15-05-00091-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

On February 28, 2019, this court ordered the court reporter to file the reporter's record within thirty (30) days of the date appellant filed proof of payment of the reporter's fee. We advised the court reporter that further requests for extension of time to file the reporter's record would be disfavored. Appellant filed proof of payment on March 11, 2019, making the reporter's record due by April 10, 2019. On April 15, 2019, the court reporter filed a notice of late record requesting until April 22, 2019 to file the reporter's record. On April 16, 2019, this court granted the court reporter's request and ordered that the reporter's record be filed no later than April 22, 2019. We advised the court reporter that **no further requests for extension of time to file the reporter's record will be granted.**

On April 23, 2019, the court reporter filed another notice of late record requesting until May 6, 2019 to file the reporter's record. It is ORDERED that the court reporter, Ms. Leticia Escamilla, file the reporter's record in this court no later than May 6, 2019. If the record is not received by such date, an order will be issued directing Ms. Escamilla to appear before this court in person and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Escamilla by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Russell Wilson, Judge of the 81st Judicial District Court.

_Sandee Bryan Marion_

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court